**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ROCHELLE THOMAS,                              *
                                             *
                    Plaintiff,               *
v.                                           *
                                             *        No. 3:10-cv-00076-JJV
MICHAEL J. ASTRUE, Commissioner,             *
Social Security Administration,              *
                                             *
                    Defendant.               *

## JUDGMENT

       Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED with prejudice.

       DATED this 28th day of April, 2011.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE